IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE LLC, | ) | |
| Petitioner, | ) | |
| v. | ) | C.A. No. 21-mc-419 (MN) |
| TERRIER SSC, LLC, | ) | |
| Respondent. | ) | |
| GOOGLE LLC, | ) | |
| Petitioner, | ) | |
| v. | ) | C.A. No. 21-mc-440 (UNA) |
| BP FUNDING TRUST, | ) | |
| Respondent. | ) | |
| GOOGLE LLC, | ) | |
| Petitioner, | ) | |
| v. | ) | C.A. No. 21-mc-443 (UNA) |
| AQUA LICENSING, LLC, | ) | |
| Respondent. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that copies of the Court's October 18, 2021 Order in the above-captioned cases (*see, e.g., Google LLC v. Terrier SSC, LLC* at D.I. 5) was caused to be served on October 18, 2021 upon the following in the manner indicated:

Robert Millimet, Esquire                              VIA ELECTRONIC MAIL
STANTON LLP
Comerica Bank Tower
1717 Main St Suite 3800
Dallas, TX 75201

*Attorneys for Respondents Terrier SSC, LLC and*
*BP Funding Trust*

Jim Etheridge, Esquire                                VIA ELECTRONIC MAIL
Brett Mangrum, Esquire
Brian Koide, Esquire
Jeffrey Huang, Esquire
Ryan Loveless, Esquire
Travis Richins, Esquire
ETHERIDGE LAW GROUP, PLLC
2600 East Southlake Blvd., Suite 120-324
Southlake, TX 76092

*Attorneys for Aqua Licensing, LLC*


                                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:                                           /s/ *Brian P. Egan*
                                                      _____
Matthew S. Warren                                     Jack B. Blumenfeld (#1014)
Jennifer A. Kash                                      Brian P. Egan (#6227)
Erika Warren                                          1201 North Market Street
Francesca Miki Shima Germinario                       P.O. Box 1347
WARREN LEX LLP                                        Wilmington, DE  19899
2261 Market Street, No. 606                           (302) 658-9200
San Francisco, California, 94114                      jblumenfeld@morrisnichols.com
(415) 895-2940                                        began@morrisnichols.com

Tharan Gregory Lanier                                 *Attorneys for Google LLC*
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
(650) 739-3939


October 18, 2021