IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-mc-419 (MN) |
| | ) | |
| TERRIER SSC, LLC, | ) | |
| | ) | |
| Respondent. | ) | |
| GOOGLE LLC, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-mc-440 (MN) |
| | ) | |
| BP FUNDING TRUST, | ) | |
| | ) | |
| Respondent. | ) | |

**REQUEST FOR ORAL ARGUMENT**

Pursuant to D. Del. LR 7.1.4, Petitioner Google LLC respectfully requests oral argument on its motions to compel compliance with subpoenas (*see* C.A. No. 21-mc-419, D.I. 1; C.A. No. 21-mc-440, D.I. 1) and on Respondents Terrier SSC, LLC's and BP Funding Trust's omnibus motion to transfer (*see* C.A. No. 21-mc-419, D.I. 10; C.A. No. 21-mc-440, D.I. 10), which was also joined by WSOU Investments, LLC.  Briefing on these motions is complete.

| | |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Brian P. Egan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Brian P. Egan (#6227) |
| Tharan Gregory Lanier | 1201 North Market Street |
| JONES DAY | P.O. Box 1347 |
| 1755 Embarcadero Road | Wilmington, DE  19899 |
| Palo Alto, CA  94303 | (302) 658-9200 |
| (650) 739-3939 | jblumenfeld@morrisnichols.com |
| | began@morrisnichols.com |
| Matthew S. Warren | |
| Jennifer A. Kash | *Attorneys for Google LLC* |
| Erika Warren | |
| Francesca Miki Shima Germinario | |
| WARREN LEX LLP | |
| 2261 Market Street, Suite 606 | |
| San Francisco, CA  94114 | |
| (415) 895-2940 | |
| | |
| November 1, 2021 | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 1, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Sean J. Bellew, Esquire<br>BELLEW LLC<br>2961 Centerville Road, Suite 302<br>Wilmington, DE 19808<br>*Attorneys for Respondents Terrier SSC, LLC and BP Funding Trust* | *VIA ELECTRONIC MAIL* |
| Morgan E. Pietz, Esquire<br>PIETZ & SHAHRIARI LLP<br>9454 Wilshire Blvd., Suite 310<br>Beverly Hills, CA 90212<br>*Attorneys for Respondent Terrier SSC, LLC and BP Funding Trust* | *VIA ELECTRONIC MAIL* |
| Robert M. Millimet, Esquire<br>STANTON LLP<br>Comerica Bank Tower<br>1717 Main Street, Suite 3800<br>Dallas, TX 75201<br>*Attorneys for Respondent Terrier SSC, LLC and BP Funding Trust* | *VIA ELECTRONIC MAIL* |
| David A. Felice, Esquire<br>BAILEY & GLASSER, LLP<br>Red Clay Center at Little Falls<br>2961 Centerville Road, Suite 302<br>Wilmington, DE 19808<br>*Attorneys for WSOU Investments, LLC d/b/a Brazos Licensing and Development* | *VIA ELECTRONIC MAIL* |

*/s/ Brian P. Egan*
_____
Brian P. Egan (#6227)