IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **GOOGLE LLC,** *PETITIONER*, | § § § | |
| VS. | § § § | NO: WA:21-MC-01270-ADA |
| **BP FUNDING TRUST,** *RESPONDENT.* | § § | |

**RESPONDENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW BP Funding Trust, Respondent in the above-entitled cause of action, and files this Notice of Appearance of Additional Counsel, respectfully showing the Court as follows:

Counsel for Respondent BP Funding Trust enters an appearance of counsel on its behalf by:

Dan N. MacLemore
State Bar No. 24037013
Maclemore@thetexasfirm.com
BEARD KULTGEN BROPHY BOSTWICK & DICKSON, PLLC
220 South Fourth Street
Waco, Texas 76701
(254) 776-5500 – Telephone
(254) 776-3591 – Fax

Morgan Pietz, who has filed a Motion to Appear Pro Hac Vice in this matter and whose application for admission to the bar of this Court is forthcoming, will be lead counsel in this matter.

Respectfully submitted,

Dan N. MacLemore

**ATTORNEY FOR RESPONDENT**

**CERTIFICATE OF SERVICE**

The foregoing Notice of Appearance was forwarded to all attorneys of record in this case via electronic notice upon the filing of this Notice via the electronic case filing procedures in the Western District of Texas.

Dan N. MacLemore