# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

**GOOGLE LLC**

v.

**BP FUNDING TRUST**

Case No. 6:21MC1270

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff Google LLC files this Notice of Appearance of Counsel and hereby notifies the Court that Michael E. Jones of the law firm Potter Minton, P.C., 110 N. College Ave., Suite 500, Tyler, Texas 75702 is appearing as additional counsel for Plaintiff Google LLC. All pleadings, discovery, correspondence and other material should be served upon counsel at the address referenced above.

Dated:  December 22, 2021

Respectfully submitted,

By: */s/ Michael E. Jones*
    Michael E. Jones
    State Bar No. 10929400
    mikejones@potterminton.com
    POTTER MINTON, P.C.
    110 N. College Ave., Suite 500
    Tyler, Texas  75702
    Tel: (903) 597-8311
    Fax: (903) 593-0846

**ATTORNEY FOR GOOGLE LLC**