# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

Google LLC

vs.

BP Funding Trust

Case No.: 6:21-mc-1270

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Jennifer Kash, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Google LLC in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Warren Lex LLP with offices at:

   Mailing address: 2261 Market Street, No. 606

   City, State, Zip Code: San Francisco, California, 94114

   Telephone: +1 (415) 895-2940   Facsimile: +1 (415) 895-2964

2. Since 1999, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 203679.

3. Applicant has been admitted to practice before the following courts:

   Court: See Attachment 1

   Admission date:

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):
N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: See Attachment 2 on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

Number: _____ on the ____ day of _____, ____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:
N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):
N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Mike Jones of Potter Minton

Mailing address: 110 N College Avenue

City, State, Zip Code: Tyler, Texas, 75702

Telephone: +1 (903) 597-8311

Should the Court grant applicant's motion, Applicant shall tender the amount of $    .00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jennifer Kash to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jennifer Kash
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22 day of December, 2021.

Jennifer Kash
[printed name of Applicant]

[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Google LLC

vs.                                                                 Case No.: 6:21-mc-1270

BP Funding Trust

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Jennifer Kash, counsel for Google LLC, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Jennifer Kash may appear on behalf of Google LLC in the above case.

IT IS FURTHER ORDERED that Jennifer Kash, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of December, 20_____.

_____
UNITED STATES DISTRICT JUDGE

Attachment 1 to Jennifer Kash's Pro Hac Vice Application

| | |
|---|---|
| State of California | December 1999 |
| United States District Court, Northern District of California | December 1999 |
| United States District Court, Central District of California | December 1999 |
| United States Court of Appeals, Ninth Circuit | December 1999 |
| United States Courts of Appeals, Federal Circuit | August 2001 |
| United States District Court, Eastern District of California | January 2002 |

<u>Attachment 2 to Jennifer Kash's Pro Hac Vice Application</u>

Case No. 1:05-cv-18 (June 7, 2005)
Case No. 1:05-cv-198 (August 9, 2005)
Case No. 1:05-cv-333 (June 6, 2005)
Case No. 1:10-cv-246 (November 10, 2010)
Case No. 6:20-cv-571 (November 11, 2020)
Case No. 6:20-cv-580 (November 11, 2020)
Case No. 6:20-cv-583 (November 11, 2020)
Case No. 6:20-cv-585 (November 11, 2020)