# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC D/B/A<br>BRAZOS LICENSING AND<br>DEVELOPMENT, GOOGLE LLC | §<br>§<br>§<br>§ | CIVIL NO:<br>WA:21-MC-01270-ADA |
| vs. | § | |
| BP FUNDING TRUST | | |

## ORDER CANCELLING DISCOVERY HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **DISCOVERY HEARING** on **Monday, December 27, 2021 at 11:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 27th day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE